**Order entered July 31, 2015**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-15-00195-CV

### DR. ERIC VANDERWERFF, D.C., Appellant

### V.

### TEXAS DEPARTMENT OF INSURANCE-DIVISION OF WORKERS' COMPENSATION AND COMMISSIONER RYAN BRANNAN, IN HIS OFFICIAL CAPACITY AND THE TRAVELERS INDEMNITY COMPANY OF CONNECTICUT, Appellee

### On Appeal from the 14th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DC-14-02886

## ORDER

Appellant Dr. Eric Vanderwerff, D.C.'s unopposed motion for extension of time to file a

rely brief is **GRANTED**.  Appellant's reply brief is due **August 31, 2015**.


/s/      DAVID L. BRIDGES
PRESIDING JUSTICE